ACCEPTED
15-24-00077-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/10/2025 4:44 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

1/10/2025 4:44:05 PM
CHRISTOPHER A. PRINE
Clerk



City of Austin

## Law Department

City Hall, 301 West 2nd Street, P.O. Box 1546
Austin, Texas  78767-1546
(512) 974-2268

Writer's Direct Line
(512) 974-2346

Writer's Email
hannah.vahl@austintexas.gov

January 10, 2025

**VIA ELECTRONIC FILING TO**:
Christopher A. Prine
Fifteenth Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, TX 78701

  RE: Appellees' Notice Regarding Presenter at Oral Argument in *The State of Texas v. City of Austin* et al, Cause No. 15-24-00077-CV

Dear Mr. Prine:

  Please be advised that the undersigned, Hannah M. Vahl, will be presenting argument for Appellees on Wednesday, February 12, 2025 at 9:00 a.m. in the above-referenced cause.

    Very truly yours,

    */s/ Hannah M. Vahl*
    Hannah M. Vahl

cc: All counsel of record

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Briana Nicholson on behalf of Hannah Vahl
Bar No. 24082377
briana.nicholson@austintexas.gov
Envelope ID: 96101650
Filing Code Description: Letter
Filing Description: Letter
Status as of 1/10/2025 4:58 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Briana Nicholson | | briana.nicholson@austintexas.gov | 1/10/2025 4:44:05 PM | SENT |
| Sara Schaefer | 24086598 | sara.schaefer@austintexas.gov | 1/10/2025 4:44:05 PM | SENT |
| Hannah Vahl | | hannah.vahl@austintexas.gov | 1/10/2025 4:44:05 PM | SENT |
| Jessica Martinez | | jessica.martinez4@austintexas.gov | 1/10/2025 4:44:05 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Villarreal | | nancy.villarreal@oag.texas.gov | 1/10/2025 4:44:05 PM | SENT |
| Cory Scanlon | | cory.scanlon@oag.texas.gov | 1/10/2025 4:44:05 PM | SENT |